DOSTAL, Appellant, vs. MAGEE and another, Respondents.

*March 7—April 3, 1956.*

For the appellant there were briefs by *Doar & Knowles* of New Richmond, and oral argument by *John Doar*.

For the respondent John F. Magee there was a brief by *Wilcox & Sullivan* of Eau Claire, and oral argument by *Francis J. Wilcox*.

GEHL, J. This case is companion to that of *Dostal v. Magee,* ante, p. 509, 76 N. W. (2d) 349, and was brought by the father of Rita Dostal to recover damages sustained by him. The facts and the result of the trial are similar to those in the other case. Our conclusion there and the reasons stated require a like result.

*By the Court.*—Orders affirmed.

CURRIE, J., dissents.